# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MARIA GALLAGHER,**                      CASE NO. 3:21 CV 32

    Plaintiff,

    v.                                          JUDGE JAMES R. KNEPP III

**AMAZING GRACE HOTELS, LLC,**

    Defendant.                      **ORDER TO SHOW CAUSE**

    Plaintiff Maria Gallagher filed a Complaint in this case on January 7, 2021. (Doc. 1). It appears Plaintiff obtained service on Defendant Amazing Grace Hotels, LLC no later than January 14, 2021. (Doc. 3). To date, no Answer has been filed by Defendant. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). It thus appears to this Court that Defendant Amazing Grace Hotels, LLC is in default.

    Therefore, Plaintiff is hereby ORDERED to SHOW CAUSE on or before **March 16, 2021** why her Complaint should not be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                             s/ *James R. Knepp II*
                                             UNITED STATES DISTRICT JUDGE