UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| MARIA GALLAGHER, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:21-CV-32-JRK |
| AMAZING GRACE HOTELS, LLC, | : |
| Defendant. | : |

**PLAINTIFF'S RESONSE TO COURT'S ORDER TO SHOW CAUSE
DATED MARCH 2, 2021 [DE 4]**

**COMES NOW** Plaintiff, MARIA GALLAGHER, by and through her undersigned attorneys, and hereby responds to the Court's Order to Show Cause dated March 2, 2021 [DE 4], and state:

1. The Court's Order to Show Cause [DE 4] inquires why the Plaintiff's Complaint should not be dismissed for want of prosecution pursuant to Fed.R.Civ.P. 41(b).

2. On March 2, 2021, Plaintiff applied to the Clerk of the Court for entry of default against Defendant, Amazing Grace Hotels, LLC, [DE 5].

3. On March 15, 2021, the Deputy Clerk entered a default against Defendant, Amazing Grace Hotels, LLC, [DE 6].

WHEREFORE, based on the foregoing facts, the Order to Show Cause is moot, as the record shows the case is being prosecuted by the Plaintiff against the Defendant.

Respectfully submitted,

Dated: March 16, 2021      /s/Lawrence A. Fuller
                           Lawrence A. Fuller, Esq., OH Bar No. 75793

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March 2021, a true and correct copy of the foregoing was electronically filed with the Clerk via the CM/ECF system.

I FURTHER CERTIFY that a copy will be delivered via U.S. Certified Mail return receipt requested to:

AMAZING GRACE HOTELS, LLC
c/o Timothy J. Horne, Registered Agent
4303 Talmadge Rd., Suite 102
Toledo, OH 43623

AMAZING GRACE HOTELS, LLC
710 Route 46 E, Suite 206
Fairfield, NJ 07004

/s/Lawrence A. Fuller
Lawrence A. Fuller, Esq., OH Bar No. 75793
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone (305) 891-5199
Facsimile (305) 893-9505
lfuller@fullerfuller.com

Owen B. Dunn, Jr., Esq., OH Bar No. 74743
Law Office of Owen B. Dunn, Jr.
4334 West Central Avenue, Suite 222
Toledo, OH 43615
Telephone (419) 241-9661
Facsimile (419) 241-9737
dunnlawoffice@sbcglobal.net

*Counsel for Plaintiff*